UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILD BUNCH, S.A.,<br><br>                Petitioner,<br>vs.<br><br>WORLDVIEW ENTERTAINMENT HOLDINGS, INC. and WORLDVIEW ENTERTAINMENT PARTNERS VIII LLC,<br><br>                Respondents. | Case No.<br><br>**NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF FINAL JUDGMENT** |

PLEASE TAKE NOTICE that upon the accompanying Petition to Confirm Arbitration Award and for Entry of Final Judgment, and the exhibits attached thereto, Petitioner Wild Bunch, S.A. will petition this Court at 500 Pearl Street, New York, New York, 10007, before a judge of the United States District Court for the Southern District of New York, at a time and date to be determined by the Court, for an order pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9 and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517 (*entered into force* Dec. 29, 1970): (1) confirming the binding Award dated April 25, 2016 of the American Arbitration Association, and each and every term thereof; (2) entering judgment in favor of Petitioner Wild Bunch and against Respondents Worldview Entertainment Holdings, Inc. and Worldview Entertainment Partners VIII, LLC; and (3) granting Wild Bunch such other and further relief as the Court may deem just and appropriate.

Dated: September 12, 2016             /s/ *Ronald D. Lefton*

GREENBERG TRAURIG, LLP
Ronald D. Lefton
LeftonR@gtlaw.com
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212-801-9200; Fax: 212-801-6400

GREENBERG TRAURIG, LLP
Vincent H. Chieffo (*pro hac vice application forthcoming*)
ChieffoV@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

Attorneys for Petitioner WILD BUNCH, S.A.